UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ESTHER CANALES, individually and as
Mother and Natural Guardian of
Infant, E.O.M.,

                 Plaintiff,

          -against-

UNITED STATES OF AMERICA et al.,

                 Defendants.

-------------------------------------x

**MEMORANDUM & ORDER**
19-CV-834(EK)(VMS)

ERIC KOMITEE, United States District Judge:

       The Court has received Magistrate Judge Scanlon's Report and Recommendation (R&R) dated November 7, 2025.  ECF No. 97.  Esther Canales, Chris Mayen, and Midland Trust Company (together, "Petitioners"), co-trustees for the E.O.M. Settlement Trust (the "Trust"), seek disbursement of funds from the Trust.  ECF No. 90.  Earlier this year, the Court granted this motion in part, approving the purchase of real property.  ECF No. 95.  Judge Scanlon now recommends that the Court grant the motion to disburse funds to purchase a vehicle and vehicle insurance (but not maintenance costs), to pay Petitioners commission for serving as trustees, and to pay attorneys' fees for Petitioners' counsel in the real property purchase.  R&R 5.  She also recommends that the Court deny the motion for approval of prospective commissions without a court order.  *Id.*  No parties

have objected, and the time to do so has expired.  Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

      Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the application to disburse up to $55,000.00 from the Trust to purchase a 2025 M2PV4H Sprinter Van is granted, as is the application to disburse $4,303.04 per year to pay for its insurance.  Petitioners are awarded commissions in the total amounts of $30,506.73 for 2023 and $31,305.12 for 2024, and Robert Legal Group, PLLC is awarded attorneys' fees of $9,125.00 in distributions from the Trust.  The motion is otherwise denied.  The Clerk of Court is respectfully directed to close this case.

    SO ORDERED.

                                    /s/ Eric Komitee
                                  ERIC KOMITEE
                                  United States District Judge

Dated:    December 18, 2025
            Brooklyn, New York